IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBOTICS MANAGEMENT
LEARNING SYSTEMS LLC,

    **Plaintiff,**

v.                                                                                                            No. 21-cv-1021 JHR/SMV

**APPROXIMATELY $452,419.56
IN UNITED STATES CURRENCY,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed its Complaint on October 20, 2021. [Doc. 1]. Plaintiff had 90 days from filing the Complaint, or until January 18, 2022, to effect service of process. Fed. R. Civ. P. 4(m) (2015). Although it appears that Plaintiff attempted to serve the United States on December 13, 2021, [Doc. 8], the United States has not appeared. It is not clear that the United States is the proper Defendant. Moreover, even if the United States were the proper Defendant, the attempted service does not appear to satisfy Fed. R. Civ. P. 4(i).

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why its claims should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file its response no later than **February 28, 2022**.

**IT IS SO ORDERED.**

                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**